[No. 10083-9-III.  Division Three.  April 25, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. T.L., *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 89-8-00045-7, John G. Carroll, J., entered June 14, 1989. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Shields, A.C.J., and Munson, J.